IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LUNDELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:09-cv-01673 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER GRANTING EXTENSION OF TIME |

　　　On December 2, 2010, the Court issued its Order to Show Cause as to why the matter should not be dismissed, or in the alternative, for the plaintiff to file her opening brief. (Doc. 17). In response, Pamela Lundell ("Plaintiff") requests an extension of time to file a motion for summary judgment. (Doc. 18). Notably, Plaintiff's opening brief in the matter was due October 4, 2010.

　　　Plaintiff's counsel, Bess M. Brewer, asserts the failure to timely file motion or properly request an extension of time was due to her failure to calendar the deadline for Plaintiff's motion. (Doc. 18 at 2). Therefore, Ms. Brewer requests that the Court excuse this "negligent but wholly inadvertent" act, and permit Plaintiff to file her opening brief by January 4, 2011. *Id.* According to Ms. Brewer, her "case load is seriously impacted" and due to the "impacted calendar and the holidays," she could not complete the brief before that date. Finally, Plaintiff states, "Opposing counsel does not object to the late filing." *Id.* at 3.

1     Under the Federal Rules of Civil Procedure, the Court may extend time "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed.R.Civ.P. 6(b)(1)(B). Here, Ms. Brewer contends her failure to calendar the deadline was due to her excusable neglect. (Doc. 18 at 2). The Court appreciates Ms. Brewer's candor regarding her error, but cautions that another extension of time will not be granted in this matter absent the showing of exceptional good cause.

    Accordingly, it is HEREBY ORDERED: Plaintiff is granted an extension of time until January 4, 2011, to file her Opening Brief.

IT IS SO ORDERED.

Dated: **January 3, 2011**                            **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE